UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA                  :
                                          :
v.                                        :        **ORDER**
                                          :
EFRAIN FERNANDEZ,                         :
                                          :        7:23-cr-150-2 (PMH)
                Defendant.                :
------------------------------------------------------------x

On November 25, 2025, Defendant Efrain Fernandez, proceeding pro se, filed a motion for sentence reduction pursuant to 18 U.S.C. §3582(c)(2). (Doc. 70). The Government is directed to respond to Defendant's motion by December 23, 2025.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant at # 00131-298, FCI Sheridan, Federal Correctional Institution, P.O. Box 6000, Sheridan, OR 97378.

**SO ORDERED:**

Dated: White Plains, New York
       December 11, 2025

_____
Philip M. Halpern
United States District Judge